JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANDVIEW LENDING, LLC, | Case No. CV 25-11065 FMO (MBKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BRICKLYN W. ROOKS, | |
| Defendant. | |

Pursuant to the Court's Order Re: Default Judgment, filed contemporaneously with the filing of this judgment, IT IS ADJUDGED that judgment is hereby entered in favor of Grandview Lending, LLC and against Bricklyn W. Rooks ("Rooks") in the amount of $795,112.59, consisting of $635,000 in principal, $140,992.74 in interest, and $19,119.85 in attorney's fees. Rooks is also ordered to pay prejudgement interest at a rate of 10%, and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated this 18th day of May, 2026.

/s/
Fernando M. Olguin
United States District Judge